AO 442 (Rev. 11/11) Arrest Warrant

FID #93793948

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| STEVEN LACOUR POPOVICH | ) Case No. 6:13-cr-306-Orl-31DCI |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* STEVEN LACOUR POPOVICH ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See Attached Petition.

Date: 01/11/2019

*Issuing officer's signature*

City and state: Orlando, Florida

N. Rodriguez, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/11/2019 , and the person was arrested on *(date)* 9/29/2021
at *(city and state)* Orlando, FL .

Date: 01/04/2022

Signing on behalf of arresting agent/agency
*Arresting officer's signature*

[illegible] - IA
*Printed name and title*